United States District Court
Southern District of Texas
**ENTERED**
October 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MANUEL TABARES CASTILLO, § § § § | |
| VS. § | MISC. ACTION NO. 7:20-MC-945 |
| § § | |
| MAURO L. REYNA, III, *et al.*, § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING RELIEF

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff Manuel Tabares Castillo's miscellaneous action self-titled as "Civil Action Against Attorney and State Bar of Texas." After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 4 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Plaintiff's "Civil Action Against Attorney and State Bar of Texas" (Docket No. 1) be recharacterized as a Motion to Vacate pursuant to 28 U.S.C. § 2255, that the Clerk be instructed to open Docket No. 1 as a new civil action, that this miscellaneous action be closed, and that Plaintiff be denied a certificate of appealability as unnecessary.

The Clerk shall send a copy of this Order to Plaintiff.

SO ORDERED October 14, 2021, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge